IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK A. VERMILLION,

        Plaintiff,        Civil No. 05-892-CO

        v.        ORDER

JEAN K. MAUER, et al.,

        Defendants.

COONEY, Magistrate Judge.

    Plaintiff's Motion (#6) for an extension of time to file an amended application to proceed in forma pauperis is allowed. Petitioner's application is due October 10, 2005.

    Petitioner's motions (#7) and (#8) are denied as premature.

    DATED this __15__ day of August, 2005.

                                                     S/
                                   John P. Cooney
                                   United States District Judge